Elaine Chao, Secretary of Labor, United States Department of Labor

v

Haven Health Center of Warren, LLC,

Haven Eldercare of New England, LLC, and

Haven Eldercare, LLC

Docket No. CA 08 138 ML

**Exhibit A**

| **Employee** | **Compensation Due** |
|---|---|
| Baldes, Lucy | $72 |
| Ferreira, Sherrill | $18,629 |
| Hallum, Barbara | $101 |
| **TOTAL** | **$18,802** |